# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

THOMAS WILSON
ADC #161140                                                                    PLAINTIFF

v.                       No. 1:19-cv-62-DPM-PSH

MARJORIE HALL, Health Service
Administrator, NCU; JOHNSON,
Lieutenant, NCU; THOMPSON,
Sergeant, NCU; AMIE BURROW,
APN, Calico Rock; COOPER,
Captain; and TERRY FULFER                                                      DEFENDANTS

## ORDER

Wilson doesn't object to Magistrate Judge Harris's partial recommendation; instead, he now moves for a transfer. №̱ 33. Magistrate Judge Harris will take up that motion in due course. The Court adopts the unopposed partial recommendation. №̱ 27; FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Wilson's motion for a temporary restraining order, №̱ 23, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 September 2019