## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### BATESVILLE DIVISION

THOMAS WILSON
ADC #161140                                                    PLAINTIFF

v.                            No. 1:19-cv-62-DPM

MARJORIE HALL, Health Service
Administrator, NCU;   ERNEST JOHNSON,
Lieutenant, NCU;   PATRICK THOMPSON,
Sergeant, NCU;   AMIE BURROW,
APN, Calico Rock;   LYNDAL COOPER,
Captain;   and TERRY FULFER                                    DEFENDANTS

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Harris's careful recommendation, *Doc. 86*, and overrules Wilson's objections, *Doc. 89*.   FED. R. CIV. P. 72(b)(3).   Wilson didn't let the grievance procedure run its full course before filing this lawsuit.   The motions for summary judgment, *Doc. 63 & 70*, are therefore granted.   Wilson's claims will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2020