IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

THOMAS WILSON
ADC #161140                                                                                    PLAINTIFF

v.                            No. 1:19-cv-62-DPM

MARJORIE HALL, Health Service
Administrator, NCU; TRACEY L.
FRANKLIN, APN, Malvern Intake;
ERNEST JOHNSON, Lieutenant, NCU;
PATRICK THOMPSON, Sergeant, NCU;
AMIE BURROW, APN, Calico Rock;
LYNDAL COOPER, Captain;
and TERRY FULFER                                                                          DEFENDANTS

## JUDGMENT

Wilson's claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

27 March 2020